United States Distr. Court
Attn. Hon. Judge Darrin Gayles
Southern Distr. of Florida
400 North Miami Ave
Miami FL 33128 - 7716

FILED BY _PG_ D.C.

APR 01 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Miami, March 20th 2022

Dear Judge Gayles,

Re:   Case No. 113c 1:21   CR 20162

On Dec 15, 2021, I was sentenced by you to 46
months incarceration. At the time of sentencing my attorney
Christian Dunham restated that ("I would be back for a
Rule 35 departure").

I provided substantial assistance in the apprehension of a
group of persons. Arrests were eminent. As of today,
the Government has not filed for the promised Rule 35 motion.
Additionally, outreach to my attorney has been ignored.
As discussed and included in the Presentence Investigation
Report, docket no 113 C 1:21 CR 20162, paragraph 6, Page 5,
the advise would have been given for a substantial
sentence reduction, pursuant to my cooperation with the
US Attorneys Office.

Since the Government only has 1 (one) year to file this
motion, I am following up now to hold the Government
to their promised plea arrangement.

Awaiting to hear from you.

Sincerely yours,



L. Marino Nunez
# ████████ 21209104
FDC miami

LEGAL MAIL

MIAMI FL 330
29 MAR 2022 PM 4 L

FOREVER / USA

L. Marino-Nunez
# 21209104
PO Box 019120 Miami
FL 3301

United States Distr. Court
Attn. Judge Darrin Gayles
Southern Distr. of Florida
400 North Miami Ave.
Miami FL 33128-7716

33128-180199

USMS
INSPECTED

RECEIVED

APR 01 2022
3:59 PM

APR 01 2022
3:59 PM

The enclosed letter was processed through special mail
Procedure for forwarding to you. The letter has not been
Opened nor inspected. If the writer raises a question or problem
Over which this facility has jurisdiction, you may wish to return
The material for further information or clarification. If the writer
Encloses correspondence for forwarding to another address, please
Return the enclosed to the following address:
FEDERAL DETENTION CENTER
PO BOX 019120
MIAMI, FL 33101

DATE: 3/29/22